156 A.3d 182

EQR–LPC URBAN RENEWAL NORTH PIER, LLC AND EQR–LIN-COLN URBAN RENEWAL JERSEY CITY, LLC, PLAINTIFFS–MOVANTS, v. CITY OF JERSEY CITY, DEFENDANT–RESPONDENT.

November 14, 2016

ORDER

It is ORDERED that the motion for leave to appeal is granted.

156 A.3d 182

NOEMIO OLIVEIRA, APPELLANT–PETITIONER, v. BOARD OF TRUSTEES, POLICE AND FIREMEN'S RETIREMENT SYSTEM, RESPONDENT–RESPONDENT.

November 17, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002871–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.